1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16

JIMMIE DEAN WILLIAMS,

        Petitioner,

        v.

BEN CURRY, Warden,

        Respondent.

) Case No. CV 06-7244 GAF(JC)
)
)
)
) ORDER ADOPTING FINDINGS,
) CONCLUSIONS, AND
) RECOMMENDATIONS OF UNITED
) STATES MAGISTRATE JUDGE
)
)
)

17
18
19
20
21

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

22
23
24
25
26
27
28

      IT IS ORDERED that: (1) Respondent's Motion to Dismiss the Petition as moot is granted; and (2) Judgment be entered dismissing this action.

///
///
///
///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2  United States Magistrate Judge's Report and Recommendation, and the Judgment

3  herein on Petitioner and on counsel for Respondent.

4    LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6    DATED: December 31, 2008

7

8

9
_____

10  HONORABLE GARY A. FEESS
    UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2