UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE DEAN WILLIAMS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BEN CURRY, Warden,<br><br>　　　　　Respondent. | Case No. CV 06-7244 GAF(JC)<br><br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Respondent's Motion to Dismiss the Petition for Writ of Habeas Corpus by a Person in State Custody as moot is granted and that Judgment be entered dismissing this action.

DATED: December 31, 2008

　　　　　　　　　　　　　　　　　　　/s/ Gary Feess

　　　　　　　　　　　　　　　　　　HONORABLE GARY A. FEESS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE